# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEVIN YESZIN and
PAUL HARRISON

      Plaintiffs,

                                    Case No. 11-10466

v.                                  Hon. Lawrence P. Zatkoff

NEOLT, S.P.A., an Italian corporation,

      Defendant.

_____/

## ORDER TO DEFENDANT TO RESPOND

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on November 8, 2013

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On August, 15, 2013, this Court granted a Motion to Withdraw as Counsel for Defendant as to all of Defendant's previous legal representation [dkt 64]. Pursuant to the Order, the Court indicated that all proceedings in the case would be stayed for 30 days from the date of entry of the order to allow Defendant, a corporate entity, to retain new counsel.

On October 25, 2013, Plaintiffs filed a motion asking this Court to direct the Clerk of the Court to enter default against Defendant for failure to obtain new counsel [dkt 67]. Therein, Plaintiffs' indicate that the 30 day stay granted previously by the Court expired on September 14, 2013. Since that time, Plaintiffs contest that no attorney has entered an appearance on behalf of Defendant, so that Defendant remains unrepresented in this matter. A corporation may not appear in federal court except through an attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984).

Therefore, the Court hereby ORDERS the Defendant to RESPOND in writing, no later than November 27, 2013, to Plaintiffs' motion for entry of default against Defendant. Defendant's response must be entered on behalf of Defendant by its new legal representation.  In the event that Defendant's new legal counsel fails to respond to Plaintiffs' motion within the allotted timeframe, the Court shall enter an order directing the entry of default.

The Court also ORDERS that Plaintiffs serve this Order on Defendant pursuant to the directives outlined in the Court's Order granting Defendant Attorneys' Motion to Withdraw [dkt 64].

IT IS SO ORDERED.

<div style="margin-left: 50%">

s/Lawrence P. Zatkoff
HON. LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE
</div>

Date: November 8, 2013