UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF
MICHIGAN, SOUTHERN DIVISION

KEVIN YESZIN and
PAUL HARRISON

        Plaintiffs,

v.

NEOLT, S.P.A., an Italian corporation,

    Defendant.

Case No.  2:11-cv-10466-LPZ -RSW
Hon. Lawrence P. Zatkoff
Magistrate R. Steven Whalen

_____/

| SEIKALY & STEWART, P.C. | GIARMARCO, MULLINS & HORTON, PC |
|---|---|
| JEFFREY T. STEWART (P24138) | LARRY W. BENNETT (P26294) |
| BENJAMIN J. WILENSKY (P75302) | Tenth Floor Columbia Center |
| 30300 Northwestern Hwy., Ste. 200 | 101 W. Big Beaver Rd. |
| Farmington Hills, Michigan 48334 | Troy, Michigan 48084 |
| (248) 785-0102 | (248) 457-7037 |
| bjw@sslawpc.com | lbennett@gmhlaw.com |

_____/

**CERTIFICATE OF SERVICE**

      Benjamin J. Wilensky hereby certifies that on November 8, 2013, he served the Court's Order to Defendant to Respond [Dkt. no. 68] on Defendant NEOLT, S.p.A. by international postal mail at its last-known corporate address, and on Federica Pontiggia and Antonio Granelli by e-mail and international postal mail, as per the Order of the Court dated August 15, 2013 [Dkt. no. 64].

                                      /s/ Benjamin J. Wilensky (P75302)
                                      Attorney for Plaintiff Kevin Yeszin

yesz156.doc