UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN YESZIN and
PAUL HARRISON

       Plaintiffs,

                                          Case No. 11-10466
v.                                      Hon. Lawrence P. Zatkoff

NEOLT, S.P.A., an Italian corporation,

       Defendant.
_____/

## ORDER TO THE CLERK TO ENTER A DEFAULT AS TO DEFENDANT NEOLT, S.P.A.

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on December 10, 2013

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

On November 8, 2103, the Court ordered the Defendant to respond in writing, no later than November 27, 2013, to Plaintiffs' motion for entry of default against Defendant [dkt 68]. Defendant's response was required to be entered on behalf of Defendant by its new legal representation. In the event that Defendant, through legal counsel, failed to respond to Plaintiffs' motion within the allotted timeframe, the Court stated that an order directing the entry of default would be entered.

Defendant has failed to respond to Plaintiff's motion for entry of default. Therefore, pursuant to the Court's Order, the Court HEREBY DIRECTS the Clerk to enter a DEFAULT against Defendant Neolt, S.P.A.

       IT IS SO ORDERED.

Date: December 10, 2013                          s/Lawrence P. Zatkoff
                                                                   HON. LAWRENCE P. ZATKOFF
                                                                   UNITED STATES DISTRICT JUDGE