UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN YESZIN and PAUL HARRISON,

    Plaintiffs

v.

NEOLT, S.P.A., an Italian corporation,

    Defendant.

Case No.  2:11-cv-10466

Hon. Lawrence P. Zatkoff

| | |
|---|---|
| SEIKALY & STEWART, P.C.<br>By: Jeffrey T. Stewart (P24138)<br>Attorneys for Plaintiff Kevin Yeszin<br>30300 Northwestern Hwy., Suite 200<br>Farmington Hills, MI  48334<br>(248) 785-0102 | SEIKALY & STEWART, P.C.<br>By: Larry W. Bennett   (P26294)<br>Attorneys for Plaintiff Paul Harrison<br>30300 Northwestern Hwy., Suite 200<br>Farmington Hills, MI  48334<br>(248) 785-0102 |
| BENESCH, FRIEDI, ANDER, COPLAN & ARONOFF, LLP<br>By: Eric L. Zalud<br>    Matthew D. Gurbach<br>Attorneys for Defendant Neolt<br>200 Public Square, Suite 2300<br>Cleveland, OH   44114-2378<br>(216) 363-4500 | WARNER, NORCROSS & JUDD, LLP<br>By: Katherine L. Brooks (P74511)<br>    Lance R. Zoerhof (P63980)<br>Attorneys for Defendant Neolt<br>2000 Town Center, Suite 2700<br>Southfield, MI   48075<br>(248) 784-5000 |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**

Plaintiffs have requested a seven (7) day extension of time to respond to this Court's Order to Show Cause issued on January 31, 2014, requiring certain information.  Plaintiff Yeszin's attorneys have been involved in a protracted trial in Toledo, Ohio which has impaired their ability to respond to the Court's Order to Show Cause.  Plaintiff Harrison's counsel has changed firms effective February 1, 2014 and the logistics of moving, as well as a heavy mediation and hearing schedule, have impaired his ability to respond to the Court's Order to Show Cause.

Based on the cause shown, and there being no prejudice to the Defendant who is in default,

IT IS HEREBY ORDERED that Plaintiffs are granted an extension of time to respond to the Court's Order to Show Cause to February 21, 2014.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>
Hon. Lawrence P. Zatkoff<br>
U.S. District Court

Dated: February 13, 2014