UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF
MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| KEVIN YESZIN and<br>PAUL HARRISON<br><br>    Plaintiffs,<br>v.<br><br>NEOLT, S.P.A., an Italian corporation,<br><br>    Defendant. | Case No.  2:11-cv-10466-LPZ -RSW<br>Hon. Lawrence P. Zatkoff<br>Magistrate R. Steven Whalen |

_____/

| | |
|---|---|
| SEIKALY & STEWART, P.C.<br>JEFFREY T. STEWART (P24138)<br>BENJAMIN J. WILENSKY (P75302)<br>Attorneys for Plaintiff Yeszin<br>30300 Northwestern Hwy., Ste. 200<br>Farmington Hills, Michigan 48334<br>(248) 785-0102<br>bjw@sslawpc.com | SEIKALY & STEWART, P.C.<br>LARRY W. BENNETT (P26294)<br>Attorney for Plaintiff Harrison<br>30300 Northwestern Hwy., Ste. 200<br>Farmington Hills, Michigan 48334<br>(248) 785-0102<br>lbennett@sslawpc.com |

_____/

**CORRECTION TO EXHIBIT 3 TO PLAINTIFF YESZIN'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED JANUARY 31, 2014**

    NOW COMES Plaintiff KEVIN YESZIN, by and through his attorneys, SEIKALY & STEWART, P.C., and hereby resubmits Exhibit 3 (Affidavit of Kevin Yeszin) to his Response to the Court's Order to Show Cause Dated January 31, 2014, for the reason that the exhibit filed with the Court yesterday was inadvertently missing its own exhibit, two examples Mr. Yeszin's artwork.  The attached version of Affidavit contains properly contains the artwork as its own exhibit, as was originally intended.

1

        Respectfully submitted,

        SEIKALY & STEWART, P.C.
        Attorneys for Plaintiff Yeszin

By:   /s/ Benjamin J. Wilensky
        JEFFREY T. STEWART (P24138)
        BENJAMIN J. WILENSKY (P75302)
        30300 Northwestern Hwy., Ste. 200
        Farmington Hills, Michigan 48334
        (248) 785-0102
        bjw@sslawpc.com

Dated: February 22, 2014

## CERTIFICATE OF SERVICE

      Benjamin J. Wilensky hereby certifies that on February 22, 2014, he served the foregoing document on Defendant NEOLT, S.p.A. by international postal mail at its last-known corporate address, and on Federica Pontiggia and Antonio Granelli by e-mail and international postal mail, as per the Order of the Court dated August 15, 2013 [Dkt. no. 64].

        /s/ Benjamin J. Wilensky (P75302)
        Attorney for Plaintiff Kevin Yeszin

yesz167.doc